JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

E. M. J. M.,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-05336-JAK-BFM

**JUDGMENT**

On August 26, 2026, the Court issued an order granting the petition and ordered Petitioner E. M. J. M. (A# 206-316-764) immediately released on Petitioner's conditions of release, if any, that were in place prior to August 18, 2026. (ECF 15 at 7.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 16.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: October 15, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE